TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Zulun Shimonov*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zulun Shimonov, | Case No.: 2:15-cv-00144-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC & MIDLAND CREDIT MANAGEMENT, INC., WITH PREJUDICE AND WITHOUT COSTS** |
| Experian Information Solutions, Inc., an Ohio corporation; Trans Union, LLC, a Delaware limited liability company; Equifax Information Services, LLC, a Georgia corporation; and Midland Credit Management, Inc. a Kansas corporation. | |
| Defendants. | |

1

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | The Plaintiff hereby dismisses the within action against Defendants, Trans Union, LLC, Equifax Information Services, LLC and Midland Credit Management, Inc, with prejudice and without costs to either party. |

Respectfully submitted,

April 15, 2015

By: /s/ Trinette G.
TRINETTE G. KENT
Kent Law Offices
Attorneys for Plaintiff
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

**Proof of Service**

I, Kathy McCarthy hereby state that on April 15, 2015, I served a copy of the within pleading upon all counsel and parties as their address appear of record via email through the court's CM/ECF system.

/s/ Kathy McCarthy
Kathy McCarthy

2